Record Number: 21-2390(L); 21-2434 XAP

In The
# United States Court of Appeals
For the Fourth Circuit

Eva Palmer

*Plaintiff-Appellant/Cross-Appellee.*

v.

Liberty University, Inc.

*Defendant-Appellee/Cross-Appellant*

**Appellee/Cross Appellant's Response to Appellant/Cross Appellee's Motion for Leave to File Amended and Corrected Response/Reply Brief**

Appellee/Cross-Appellant Liberty University, by counsel, responds to Appellant/Cross Appellee Eva Palmer's Motion for Leave to File Amended and Corrected Response/Reply Brief and, in support thereof, states as follows:

1. Palmer filed her Response/Reply Brief on July 19, 2022. (ECF No. 36). Liberty's Reply Brief is due on September 2, 2022. (ECF No. 49).

2. Nearly a month after filing her Response/Reply Brief, Palmer now seeks to revise the Brief to change the title, include a Summary of Argument section, improve the Table of Contents and Table of Authorities, and to address other grammatical or stylistic changes throughout the body of the Brief. (ECF No. 45-1 ¶2 and ¶3)

3. Palmer submits she has good cause to file a corrected Response/Reply Brief because doing so would reduce any confusion for the Court about her arguments and would supply a proper and fully compliant brief when it comes time to submit hard copies of the parties' briefs. (ECF No. 45-1 ¶3)

4. Liberty does not consent to Palmer's request to file a corrected Response/Reply Brief. Palmer is not seeking to correct one or two typographical errors. Rather, Palmer is asking to add over 100 words to the brief, including a completely new Summary of Argument section, and is further asking to substantially improve the Table of Authorities and other citations.

5. Liberty is not aware of any rule that would allow Palmer to submit an improved Response/Reply Brief nearly a month after her filing deadline.

6. For the reasons stated above, Liberty requests that Palmer's motion be denied.

LIBERTY UNIVERSITY

By:  /s/ Leah M. Stiegler
King F. Tower, Esq. (VSB No. 28767)
ktower@woodsrogers.com
Leah M. Stiegler, Esq. (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
*Counsel for Appellee/Cross Appellant*

{2988882-1, 116311-00018-01}     2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing the attorneys for the appellant.

> **Commented [TK1]:** I was just trying to change the month here to August but the formatting is messed up – not sure how to fix it.

/s/ Leah M. Stiegler