UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2390 (L)
(6:20-cv-00031-NKM-RSB)

_____

EVA PALMER

      Plaintiff - Appellant

v.

LIBERTY UNIVERSITY, INC.

      Defendant - Appellee

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

      Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

      Amici Supporting Appellee/Cross-Appellant

_____

No. 21-2434
(6:20-cv-00031-NKM-RSB)

_____

EVA PALMER

    Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

    Defendant - Appellant

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

    Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

    Amici Supporting Appellee/Cross-Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court in Case No. 21-2390 is affirmed.

In accordance with the decision of this court, Case No. 21-2434 is dismissed, and the court vacates the Constitutional Ruling.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                            /s/ PATRICIA S. CONNOR, CLERK