UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2390 (L)
(6:20-cv-00031-NKM-RSB)
_____

ESTATE OF EVA PALMER, by its Executor Laura Barbour Bowes

        Plaintiff - Appellant

v.

LIBERTY UNIVERSITY, INC.

        Defendant - Appellee

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

        Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE
CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST
UNIVERSITY

        Amici Supporting Appellee/Cross-Appellant

_____

No. 21-2434
(6:20-cv-00031-NKM-RSB)
_____

ESTATE OF EVA PALMER, by its Executor Laura Barbour Bowes

Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

Defendant - Appellant

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

Amici Supporting Appellee/Cross-Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Richardson, and Senior Judge Motz.

For the Court

/s/ Patricia S. Connor, Clerk