FILED: August 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2390 (L)
(6:20-cv-00031-NKM-RSB)
_____

ESTATE OF EVA PALMER, by its Executor Laura Barbour Bowes

    Plaintiff - Appellant

v.

LIBERTY UNIVERSITY, INC.

    Defendant - Appellee

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

    Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

    Amici Supporting Appellee/Cross-Appellant

_____

No. 21-2434
(6:20-cv-00031-NKM-RSB)
_____

ESTATE OF EVA PALMER, by its Executor Laura Barbour Bowes

 Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

 Defendant - Appellant

-------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

 Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

 Amici Supporting Appellee/Cross-Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 30, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*